UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL NO. 1431 (MJD/SRN) |
| This Document Relates to: | **ORDER** |
| Carlos De La Trinidad, et al. v. Bayer Corp., et al. (Plaintiff Muin Kalla only) | Case No. 03-4497 |

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 5, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Muin Kalla [Doc. No. 20] is GRANTED; and

2. Plaintiff Muin Kalla's action is DISMISSED WITH PREJUDICE.

DATED: APR 26 2007, 2007.

Judge Michael J. Davis
United States District Court Judge

SCANNED
APR 27 2007
U.S. DISTRICT COURT MPLS